PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DONNA WATTS, *Individually and as Administratrix of the Estate of Deceased James Watts, III.*, | ) ) ) ) | CASE NO. 5:13cv549 |
| Plaintiff, | ) ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) | |
| SUMMIT COUNTY, OHIO, *et al.*, | ) ) | |
| Defendants. | ) | **<u>ORDER OF DISMISSAL</u>** |

On April 15, 2015, the parties informed the Court that they have reached a settlement.

Accordingly, the docket will be marked "settled and dismissed without prejudice." Upon

approval of the settlement by the state probate court, Defendants may submit a proposed

Judgment Entry setting forth different terms and conditions relative to the settlement and

dismissal of their claims in this case, including dismissing the remaining claims with prejudice,

which, if approved, shall supersede this order. The Court retains jurisdiction over the settlement.


IT IS SO ORDERED.


 April 17, 2015                         /s/ Benita Y. Pearson                   
Date                                  Benita Y. Pearson
                                      United States District Judge