Approved.
/s/ Benita Y. Pearson on 6/1/2015
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DONNA WATTS, Individually and as Administratrix of the Estate of JAMES WATTS, III, <br><br> Plaintiff, <br><br> vs. <br><br> SUMMIT COUNTY, OHIO, et al., <br><br> Defendants. | CASE NO.: 5:13-CV-00549 <br><br> JUDGE BENITA Y. PEARSON <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND JOURNAL ENTRY** |

We, the attorneys for the respective parties do hereby stipulate that above captioned matter has been fully settled and that it should be dismissed, with prejudice as against Defendants Summit County, Ohio, Summit County Board of Commissioners, Sheriff Drew Alexander, Sheriff Steve Barry, Tracy Nyhart, Nathan Bottorff, Frank Panchak, Chief Gary James, Sergeant Adam Burke, Sergeant Samantha Walker and Lt. Scott Cottle with each party to bear its own costs and that the Court's continuing jurisdiction to enforce the settlement reserved in its Order of April 17, 2015 (Document No. 120) should be dissolved. The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_____
JUDGE BENITA Y. PEARSON

David B. Malik, Esq.
Sara Gedeon, Esq.
Email: dbm50@sbcglobal.net
Email: s.s.riotte@gmail.com
8437 Mayfield Road, Suite 101
Chesterland, Ohio 44026
Attorneys for Plaintiff

s/Cara M. Wright
JAMES A. CLIMER (0001532)
CARA M. WRIGHT (0084583)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 - Fax
Email: jclimer@mrrlaw.com
cwright@mrrlaw.com
Counsel for Defendants Summit County, Ohio, Summit County Board of Commissioners, Sheriff Drew Alexander, Sheriff Steve Barry, Tracy Nyhart, Nathan Bottorff, Frank Panchak, Chief Gary James, Sergeant Burke, Sergeant Walker and Lt. Scott Cottle

# CERTIFICATE OF SERVICE

I hereby certify that on ___May 26___, 2015, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                           *s/Cara M. Wright*
                                           JAMES A. CLIMER (0001532)
                                           CARA M. WRIGHT (0084583)

                                           Counsel for Defendants Summit County, Ohio, Summit County Board of Commissioners, Sheriff Drew Alexander, Sheriff Steve Barry, Tracy Nyhart, Nathan Bottorff, Frank Panchak, Chief Gary James, Sergeant Burke, Sergeant Walker and Lt. Scott Cottle

HCCPR-130083/Stip for Dismissal